1    Patrick D. Robbins (CABN 152288)
     SHEARMAN & STERLING LLP
2    535 Mission Street, 25th Floor
     San Francisco, CA  94105-2997
3    Telephone: 415.616.1100
     Facsimile: 415.616.1199
4    Email: probbins@shearman.com

5
     *Attorney for Defendant Kenneth Lee Kemp*
6

7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                OAKAND DIVISION

12
     UNITED STATES OF AMERICA,                    Case No.: 4:16-cr-0516-HSG
13
                    Plaintiff,                    **STIPULATION AND  ORDER
14                                                CONTINUING STATUS
          v.                                      HEARING ON SUPERVISED
15                                                RELEASE VIOLATION FROM
     KENNETH LEE KEMP,                            MARCH 22 TO APRIL 5, 2021**
16
                    Defendant.
17

18

19         WHEREAS, defendant Kenneth Kemp made an initial appearance before the Magistrate

20   Judge on February 19, 2021, on a Petition from U.S. Probation alleging Supervised Release

21   violations; and

22         WHEREAS, counsel was appointed for Mr. Kemp by the Magistrate Judge on February 23,

23   2021, at which time the matter was set for status conference before this Court on March 22, 2021 at

24   2:00 p.m.; and

25         WHEREAS, U.S. Probation has produced relevant discovery, and counsel for Mr. Kemp

26   requires additional time to review that discovery and the record in this matter, and to communicate

27   with Mr. Kemp; and

28         WHEREAS, counsel for the United States, the U.S. Probation Officer, and counsel for Mr.

Kemp are all agreeable to a three week continuance of this matter:

**IT IS HEREBY STIPULATED AND AGREED** between the parties to this stipulation, with the Court's permission, that the status conference relating to Mr. Kemp's Supervised Release be continued to Monday, April 5, 2021, at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  March 19, 2021                                    By:        /s/ *Patrick D. Robbins*
                                                                             Patrick D. Robbins
                                                                             Attorney for Defendant Kenneth Kemp

Dated:  March 19, 2021

                                                                             STEPHANIE HINDS
                                                                             Acting United States Attorney

                                                                                /s/ *Anna P. Nguyen*
                                                                             Anna P. Nguyen
                                                                             Special Assistant United States Attorney

        IT IS SO ORDERED.

DATED:  3/22/2021

                                                                             HAYWOOD S. GILLIAM, JR.
                                                                             United States District Judge

STIPULATION AND ORDER
CASE NO.:  4:16-cr-0516-HSG                    2                    SFDOCS01/329754.1